**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

January 8, 2008

Oscar Gallion, Pro Se
34 Mardi Gras Road
Coronado, CA 92118

**LETTER ORDER**

Re: **Mitsui v. Continental, et al.**
**Civil Action No. 04-2278 (SDW)**

Dear Mr. Gallion:

On November 30, 2007, this Court entered an Order To Show Cause which required your appearance before me on Thursday, January 3, 2008 at 11:00 a.m. By letter received by me on January 2, 2008, you requested a 30-day adjournment of that conference.

Please be advised that requests for adjournments should be made _earlier_ than the day before the scheduled conference. As a result of your failure to appear, counsel for plaintiff, Mr. Press, appeared for the conference. The Court will grant you a 14-day adjournment of the conference, or until January 17, 2008 at 2:30 p.m. This should provide ample time for your attorney to file any bankruptcy petition. Failure to appear shall result in sanctions up to and including entry of default.

**SO ORDERED.**

_s/Madeline Cox Arleo_
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc: Clerk
Hon. Susan D. Wigenton, U.S.D.J.
All Parties
File