**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MITSUI O.S.K. LINES, | Civil Action No. 04-2278(SDW) |
| Plaintiff, | |
| v. | |
| CONTINENTAL SHIPPING LINE INC., MICHAEL LYAMPORT, individually; CARMEN VIZCAINO, individually; OSCAR GALLION, individually; CONTINENTAL SHIPPING LINE, (CALIFORNIA), INC., as successor in interest to Continental Shipping Line Inc., | **ORDER** <br><br> March 31, 2008 |
| Defendants. | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION

OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Madeline C. Arleo, filed March 19, 2008. The Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation, as well as the other documents on file in this matter; and for good cause shown;

It is on this 31st day of March 2008, **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo, filed March 31, 2008, is hereby **ADOPTED** as the facts and conclusions of law of this Court.

As Defendant Gallion's Answer and Counterclaims (Docket Entry No. 55) are hereby stricken, Plaintiff may proceed to request the entry of default, and subsequently, default judgment against Defendant Gallion.

s/Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Judge Arleo
    Parties